# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. a/k/a KAISER PERMANENTE,<br><br>Defendant. | Case No. 13-CV-981-JAH (JMA)<br><br>**ORDER VACATING DATES AND SETTING DEADLINE FOR FILING OF MOTION FOR PRELIMINARY APPROVAL** |

On July 1, 2014, Plaintiff filed a notice of class settlement advising that the case settled on a class basis at mediation. See Doc. No. 26. Accordingly, **IT IS HEREBY ORDERED**:

1. All pending dates and deadlines in this matter, including the July 30, 2014 Case Management Conference, are hereby <u>vacated</u>.

//
//
//
//
//

2. Plaintiff shall file a motion for preliminary approval by no later than <u>September 2, 2014</u>.

**IT IS SO ORDERED**.

DATED: July 7, 2014

_____
Jan M. Adler
U.S. Magistrate Judge