# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. a/k/a KAISER PERMANENTE.,<br><br>                    Defendant. | Case No. 3:13-cv-00981-JAH-JMA<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Having considered the Joint Motion to Continue Deadline to File Motion for Preliminary Approval of Class Action Settlement ("Joint Motion"), and for good cause, the Court hereby GRANTS the Joint Motion and continues the deadline for Plaintiff to file a motion for preliminary approval of class action settlement from September 23, 2014 to October 10, 2014.

        IT IS SO ORDERED.

Dated:  September 18, 2014

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT COURT JUDGE

JOINT MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT