# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael David Sherman, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>Kaiser Foundation Health Plan, INC., a/k/a Kaiser Permanente,<br><br>Defendant. | **CLASS ACTION**<br><br>**Case No: 13-cv-00981-JAH-JMA**<br><br>**ORDER CONTINUING THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT UNTIL OCTOBER 24, 2014** |

1  Based on the Parties Joint Motion and for good cause appearing, IT IS
2  HEREBY ORDERED the filing deadline for Plaintiff's Motion for Preliminary
3  Approval is continued to October 24, 2014.

**IT IS SO ORDERED.**

Date: October 14, 2014

_____
Hon. John A. Houston
U.S. DISTRICT JUDGE