Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
245 Fischer Ave., D1
Costa Mesa, CA 92626
Telephone: (800)400-6808
Facsimile: (800)520-5523

Counsel for Plaintiff and the
Proposed Class

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL DAVID SHERMAN,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC. a/k/a KAISER PERMANENTE,**<br><br>Defendant. | <u>CLASS ACTION</u><br><br>Case No. 13-cv-00981-JAH-JMA<br><br>**PLAINTIFFS' NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date:        December 8, 2014<br>Time:       2:30 pm<br>Ctrm:        13B<br><br>**HON. JOHN A. HOUSTON** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the Plaintiff is moving for Preliminary Approval of Class Action Settlement on December 8, 2014, at 2:30 p.m. at the U.S. District Court, 333 West Broadway, San Diego, CA 92101 before the Hon. John A. Houston, Courtroom 13B, 13th Floor.

This motion is made on the grounds that the settlement is in the best interests of the Class Members and terms of the settlement are within the range of approval.

This motion is based on this Notice of Plaintiff's Unopposed Motion and Motion, the Memorandum of Points and Authorities, the declarations of Class Counsel and the Claims Administrator, and the complete files and records in this action.

                                                **Hyde & Swigart**

Date: October 21, 2014          By: <u>/s/ Joshua Swigart</u>
                                                   Joshua Swigart
                                                   Attorneys for Plaintiff