KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1  **KAZEROUNI LAW GROUP, APC**
2  Abbas Kazerounian, Esq. (SBN: 249203)
   ak@kazlg.com
3  Jason A. Ibey, Esq. (SBN: 284607)
4  jason@kazlg.com
   245 Fischer Avenue, Unit D1
5  Costa Mesa, CA 92626
   Telephone: (800) 400-6808
6  Facsimile: (800) 520-5523
7
8  **HYDE & SWIGART**
   Joshua B. Swigart, Esq. (SBN: 225557)
9  josh@westcoastlitigation.com
10 2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
11 Telephone: (619) 233-7770
12 Facsimile: (619) 297-1022
13 *Attorneys for Plaintiff,*
14 Rafael David Sherman

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN, Individually And On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC.**, a/k/a **KAISIER PERMANENTE,**<br><br>Defendant. | Case No.: 13-cv-00981-JAH-JMA<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**<br><br>**Date**: April 27, 2015<br>**Time**: 2:30 p.m.<br>**Place**: Courtroom 13B<br>**Judge**: Hon. John A. Houston |

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**
**CASE NO. 13-CV-00981-JAH-JMA**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 27, 2015, at 2:30 p.m., before the United States District Court, Southern District of California, Courtroom 13B, 333 West Broadway, San Diego, CA 92101, plaintiff, Rafael David Sherman ("Plaintiff"), will move this Court for an Order Granting Approval of Plaintiff's Motion for Attorneys' Fees, Costs and Incentive Payment.

This motion is based upon this notice, the records and papers on file herein, the attached memorandum of points and authorities, the declarations and exhibits thereto, and on such other evidence as may be presented at the hearing of this Motion.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: March 4, 2015                    By:/s/ Abbas Kazerounian
                                         ABBAS KAZEROUNIAN, ESQ.
                                         ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENT
CASE NO. 13-CV-00981-JAH-JMA                1