**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

Attorneys for the Plaintiff and Proposed Settlement Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL DAVID SHERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　PLAINTIFF,<br>V.<br>KAISER FOUNDATION HEALTH PLAN, INC., A/K/A KAISER PERMANENTE,<br><br>　　　　　DEFENDANT. | Case No.: 13-cv-00981-JAH-JMA<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** April 27, 2015<br>**Time:** 2:30 p.m.<br>**Place:** Courtroom 13B<br>**Judge:** Hon. John A. Houston |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Rafael D. Sherman ("Plaintiff") files this Notice of Motion and Motion for Final Approval of Class Action Settlement.

Pursuant to Fed. R. Civ. P. 23, Plaintiff in this action request that the Court grant final approval of the parties' class action settlement and enter the Final Judgment and Order of Dismissal With Prejudice submitted with this Motion.

Plaintiff will and hereby does move for final approval of the class action settlement on April 27, 2015 at 2:30 p.m. before the Hon. John A. Houston in Courtroom 13B of the United State District Court located at 333 West Broadway, San Diego, California.

Plaintiff's motion is based on this notice, the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: March 28, 2015        By: /s/ Abbas Kazerounian, Esq.
                                Abbas Kazerounian
                                *Attorney for Plaintiff*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*