# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. a/k/a KAISER PERMANENTE,<br><br>Defendant. | Case No.: 13-CV-00981-JAH-JMA<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING |

Having read the Joint Motion To Continue Final Approval Hearing, and for good cause, the Court continues the final approval hearing from April 27, 2015 to May 11, 2015 at 2:30 p.m.  Class Counsel shall promptly cause the settlement website to reflect the new date for the final approval hearing.

IT IS SO ORDERED.

Dated: April 20, 2015

_____
Honorable John A. Houston
U.S. District Judge

**ORDER GRANTING JOINT MOTION TO CONTINUE FINAL APPROVAL HEARING**
CASE NO.: 13-CV-00981-JAH-JMA                                                                                       Page 1