**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Rafael David Sherman

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a/k/a KAISER PERMANENTE,<br><br>Defendant. | **Case No.:** 3:13-cv-00981-JAH-JMA<br><br>**NOTICE OF MOTION AND MOTION FOR A CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND**<br><br>**Date**: June 5, 2017<br>**Time**: 2:30 p.m.<br>**Ctrm**: 13B<br>**Judge**: Hon. John A. Houston<br><br>[Filed concurrently with Declaration of Abbas Kazerounian; Declaration of Jonathan D. Carameros] |

**NOTICE OF MOTION AND MOTION FOR A CY PRES DISTRIBUTION**
CASE NO.: 13-CV-00981-JAH-JMA

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on June 5, 2017, at 2:30 p.m., before the United States District Court, Southern District of California, Courtroom 13B, 333 West Broadway, San Diego, CA 92101, plaintiff Rafael David Sherman ("Plaintiff") will move this Court for an order granting Plaintiff's Motion For A Cy Pres Distribution From The Residual Settlement Fund, pursuant to the terms of the settlement agreement filed at Dkt. No. 35-3, § 14.3.

Plaintiff will and hereby does move for such order. Plaintiff's motion is based on this Notice; the accompanying Memorandum of Points and Authorities, the supporting Declarations and any exhibits thereto, the pleadings and papers filed herein and upon such other matters as may be presented to the Court at the time of the hearing.

Date: April 26, 2017　　　　　　　　　　　**KAZEROUNI LAW GROUP, APC**

　　　　　　　　　　　　　　　　　　　　By:  /s Abbas Kazerounian
　　　　　　　　　　　　　　　　　　　　　　ABBAS KAZEROUNIAN
　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

---

**NOTICE OF MOTION AND MOTION FOR A CY PRES DISTRIBUTION**
**CASE NO.: 13-CV-00981-JAH-JMA**　　　1