**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for the Plaintiff*,
Rafael David Sherman

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAFAEL DAVID SHERMAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**KAISER FOUNDATION HEALTH PLAN, INC., a/k/a KAISER PERMANENTE,**<br><br>Defendant. | **Case No.:** 13-cv-00981-JAH-JMA<br><br>**DECLARATION OF ABBAS KAZEROUNIAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND**<br><br>**Date:** June 5, 2017<br>**Time:** 2:30 p.m.<br>**Place:** 13B<br>**Judge:** Hon. John A. Houston |

# DECLARATION OF ABBAS KAZEROUNIAN

**I, ABBAS KAZEROUNIAN, declare:**

1. I am one of the lead attorneys for the plaintiff, Rafael David Sherman ("Plaintiff"), in this action. I submit this declaration in support of Plaintiff's Motion for a Cy Pres Distribution from the Residual Settlement Fund in the action against defendant, Kaiser Foundation Health Plan, Inc. ("Defendant"). I am over the age of 18 and am fully competent to make this declaration. I was admitted to the State Bar of California in 2007 and have been a member in good standing since that time. I am also admitted in every federal district in California and have handled federal litigation in the federal districts of California. If called as a witness, I would competently testify to the matters herein from personal knowledge.

2. The declaration is based upon my personal knowledge, except where expressly noted otherwise.

3. I submit this declaration in support of the Plaintiff's Motion for a Cy Pres Distribution from the Residual Settlement Fund.

4. Plaintiff proposed four *cy pres* beneficiaries of unclaimed settlement funds in this matter, subject to Court approval. Those proposed beneficiaries are: (1) New Media Rights; (2) Electronic Frontier Foundation; (3) Consumer Federation of California; and (4) Public Justice Foundation.

## EXHIBITS

5. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Art Neill of New Media Rights, provided to Plaintiff's counsel by Mr. Neill on or about April 4, 2017.

6. Attached hereto as **Exhibit B** is a true and correct copy of the order Denying Plaintiff's Motion for a Second Distribution and Alternatively Granting Plaintiff's Request for Cy Pres Distribution from the Residual Settlement fund in the matter of *Barani v. Wells Fargo Bank, N.A.*, No.

3:12-cv-02999-GPS-KSC (S.D. Cal.), Dkt. No. 45. As counsel for the plaintiff in the matter of *Barani v. Wells Fargo Bank, N.A.*, No. 3:12-cv-02999-GPS-KSC (S.D. Cal.), I know that the amount of the *cy pres* award to New Media Rights in that matter was over $51,000.

7. Attached hereto as **Exhibit C** is a true and correct copy of the transcript for the hearing on *cy pres* motion in *Barani v. Wells Fargo Bank, N.A.*, No. 3:12-cv-02999-GPS-KSC (S.D. Cal.), which took place on January 20, 2017, and which transcript was obtained for a fee from the court reporter in that matter.

8. Attached hereto as **Exhibit D** is a true and correct copy the declaration of Richard Holober of Consumer Federation of California, provided by Mr. Holober to Plaintiff's counsel on or about April 5, 2017.

9. Attached hereto as **Exhibit E** is a true and correct copy of the declaration from Electronic Frontier Foundation, provided by Aaron Jue at Electronic Frontier Foundation to Plaintiff's counsel on April 14, 2017.

10. Attached hereto as **Exhibit F** is a true and correct copy of a letter dated January 15, 2015 to the Federal Communications Commission Re: CG Docket No. 02-278, downloaded from https://ecfsapi.fcc.gov/file/60001013797.pdf on March 8, 2017.

11. Attached hereto as **Exhibit G** is a true and correct copy of the declaration of Paul Bland of Public Justice Foundation, provided by Mr. Bland to Plaintiff's counsel on or about April 6, 2017.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 26, 2017.

By: /s/ Abbas Kazerounian
Abbas Kazerounian