# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REZA BARANI, Individually And On Behalf of All Others Similarly Situated,** | **Case No.:** 12-cv-02999-GPC-KSC |
| **Plaintiff,** | **ORDER DENYING PLAINTIFF'S MOTION FOR A SECOND DISTRIBUTION AND ALTERNATIVELY GRANTING PLAINTIFF'S REQUEST FOR CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND** |
| **v.** | |
| **WELLS FARGO, N.A.,** | **HON. GONZALO P. CURIEL** |
| **Defendant.** | |

Having considered the Plaintiff's unopposed Motion For A Second Distribution or, Alternatively, Cy Pres Distribution From The Residual Settlement Fund, the Court finds good cause to order as follows:

1. Plaintiff's request for a second distribution from the remaining balance of the settlement fund to the Class Members is DENIED; and,

2. Plaintiff's request for a distribution from the remaining balance of the settlement fund to a *cy pres* recipient is GRANTED, and New Media Rights of California Western School of Law is hereby designated the *cy pres* beneficiary and shall promptly receive the remaining unclaimed settlement funds in the above-referenced matter.

Dated: February 22, 2017

Hon. Gonzalo P. Curiel
United States District Judge