# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL DAVID SHERMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFF,<br><br>V.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. a/k/a KAISER PERMANENTE,<br><br>DEFENDANT. | Case No.: 3:13-cv-00981-JAH-JMA<br><br>**DECLARATION OF F. PAUL BLAND IN SUPPORT OF MOTION FOR APPROVAL OF RESIDUAL FUNDS TO *CY PRES* RECIPIENTS**<br><br>**Judge:**  Hon. John A. Houston |

I, F. Paul Bland, hereby declare as follows:

1. I am over 18 years of age.

2. I am the Executive Director of the Public Justice Foundation and Public Justice PC.

3. Founded in 1982, Public Justice PC pursues high impact lawsuits to combat social and economic injustice, protect the Earth's sustainability, and

---

DECLARATION OF F. PAUL BLAND
CASE NO.: 13-cv-00981-JAH-JMA

**EXHIBIT G 01**

challenge predatory corporate conduct and government abuses. While Public Justice works on a wide range of important civil rights and environmental issues, of particular interest in this case is that Public Justice regularly represents consumers who have suffered privacy injuries (as well as consumers cheated by deceptive practices or the like) in socially significant and precedent-setting cases in state and federal court.

4. Public Justice Foundation, a not-for-profit 501(c)(3) charitable membership organization (EIN # 59-1730478), supports Public Justice PC's cutting-edge litigation and educates the public about critical public interest issues. Public Justice Foundation's membership includes leading trial lawyers, appellate lawyers, consumer advocates, environmental attorneys, employment lawyers, civil rights attorneys, class action specialists, law professors, law students, public interest advocates, and other people who care about justice. Both organizations are headquartered in Washington, D.C., and have a West Coast office in Oakland, California.

5. Any *cy pres* funds awarded by the court to the Public Justice Foundation may be allocated by Public Justice Foundation to Public Justice PC, as appropriate under the tax laws, for work performed by the latter organization.

6. Public Justice litigates high impact lawsuits – including individual cases and class actions concerning a variety of legal issues – to hold companies accountable, win compensation for victims, and build a body of law which better

protects consumers' rights, in California and nationwide. Of note, we have litigated issues that are central to the enforcement of the Telephone Consumer Protection Act (TCPA). *E.g.*, Public Justice was lead appellate counsel in *Chen v. Allstate*, 819 F.3d 1136 (9th Cir. 2016) holding, in a TCPA case, that an unaccepted offer of judgment to the named class representative did not moot a class action, even where the defendant placed its offer in an account with the court. Public Justice has also been active in litigation relating to Article III challenges to standing in privacy injury cases, and filed an amicus brief in *Spokeo, Inc. v. Robins*, No. 13-1339, 2016 U.S. LEXIS 3046 (May 16, 2016), and in a number of cases interpreting *Spokeo* in the succeeding months. Of particular note, Public Justice is lead appellant counsel in *Romero v. Dept. Stores Nat'l Bank*, No. 16-56265 (pending in U.S. Court of Appeals for the Ninth Circuit), where a district court dismissed a TCPA case on the grounds that the plaintiff lacked standing under Article III. Thus, Public Justice is handling some of the most important appeals that may determine if future TCPA cases will be viable in this Circuit.

7. Public Justice provides assistance and information on a pro bono basis to individuals and attorneys who represent individuals and classes who have been harassed by violators of the TCPA in order to aid those attorneys' effective representation of consumers on an individual, local level. In addition, Public Justice presents educational events on issues involving challenges to abuses of mandatory arbitration clauses (a major defense in many privacy injury cases),

including more than 100 CLE programs in over 30 states at events such as the National Consumer Law Center's Annual Consumers' Rights Litigation Conference.

8. Public Justice educates lawmakers on the importance of consumer protections and the ways in which TCPA regulations and other legal issues impact consumers. For example, I testified before the U.S. House of Representatives Committee on Financial Services about the Consumer Financial Protection Bureau's proposed new rule relating to mandatory arbitration in May 2016. Public Justice advocates for regulatory and legislative initiatives which would better protect consumers. I have testified on more than half a dozen other occasions in the U.S. Senate and House, and also in numerous state legislative hearings.

9. Public Justice will use any *cy pres* funds from this litigation to further its consumer protection advocacy and education efforts nationwide.

10. Public Justice is an experienced steward of *cy pres* funds: the organization is a proud recipient of more than three dozen different federal and state courts since 2010. Public Justice carefully stewards *cy pres* awards to ensure that funds are used to benefit the class or similarly situated persons, and promote the law consistent with the objectives and purposes of the underlying cause of action in each case. Of note, we have successfully stewarded several *cy pres* distributions related to violations of the TCPA, including: *Silbaugh v. Viking Magazine Services* (2012; N.D. Ohio 1:11-cv-01299-PAG); and *Shonk Land Co. v.*

---

DECLARATION OF F. PAUL BLAND
CASE NO.: 13-cv-00981-JAH-JMA    4    **EXHIBIT G 04**

*SG Sales Company* (2009; Kanawaha County Cir. Ct. No. 07-C-1800). Also of note, we have successfully stewarded several *cy pres* distributions specifically approved by the United States District Court of the Southern District of California in several cases, including: *In Re: LandAmerica 1031 Exchange Services, Inc. Internal Revenue Service 1031 Tax Deferred Exchange Litigation* (2009; S.D. California 3:09-cv-00054); and *Hartless v. Clorox Co.* (2011; S.D. California 3:06-cv-02705-CAB).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of April 2017 in Washington, D.C.

_April 6th, 2017_           _F. Paul Bland_
Date                                      F. Paul Bland