**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for the Plaintiff and
Settlement Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RAFAEL DAVID SHERMAN, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**KAISER FOUNDATION HEALTH PLAN, INC., a/k/a KAISER PERMANENTE,**<br><br>**Defendant.** | **Case No.:** 3:13-cv-00981-JAH-JMA<br><br>**DECLARATION OF JONATHAN D. CARAMEROS RE: UNCLAIMED SETTLEMENT FUNDS**<br><br>**Judge:** Hon. John A. Houston |

I, Jonathan D. Carameros, declare:

1. I am a Vice President at Kurtzman Carson Consultants LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, CA. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Class Counsel has requested that KCC provide information concerning the unclaimed settlement funds in the above-referenced matter.

3. In accordance with the Settlement Agreement in this matter and the Court's order finally approving the Settlement, KCC issued a settlement check in the amount of $39.68 to each of the valid claimants.

4. Of the 79,312 checks issued for each valid claimant, 73,291 checks were cashed, meaning that 6,021 checks were not cashed, leaving a remainder of $239,331.90 (including $21.82 of unused settlement funding due to rounding) in the settlement fund.

5. As of April 7, 2017, the balance of the settlement fund was $239,331.90. This balance also includes any interest earned to date.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2017 pursuant to the laws of the United States of America and the State of California.

_____
Jonathan D. Carameros

DECLARATION OF JONATHAN D. CARAMEROS RE: UNCLAIMED SETTLEMENT FUNDS
CASE NO. 13-CV-00981-JAH-JMA                    1